IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JAMES CHARLES FUDGE,

    Plaintiff,

v.

CHRISTINA TOWERS, et al.,

    Defendants.

Case No. 6:23-cv-00986-YY

ORDER

**BAGGIO, District Judge:**

    Magistrate Judge You issued Findings and Recommendations on September 30, 2025, in which she recommends that this Court grant Defendants' Motion for Summary Judgment. F&R, ECF No. 88. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

    Plaintiff filed timely objections to the Magistrate Judge's Findings and Recommendations. Pl.'s Obj., ECF No. 93. When any party objects to any portion of the Magistrate Judge's Findings and Recommendations, the district court must make a *de novo*

1 – ORDER

determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1); *Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

The Court has carefully considered Plaintiff's objections and concludes that there is no basis to modify the Findings and Recommendations. The Court has also reviewed the pertinent portions of the record *de novo* and finds no error in the Magistrate Judge's Findings and Recommendations.

## CONCLUSION

The Court ADOPTS Magistrate Judge You's Findings and Recommendations [88]. Therefore, Defendants' Motion for Summary Judgment [49] is GRANTED.

IT IS SO ORDERED.

DATED this  26th  day of February, 2026.

*Amy M. Baggio*
AMY M. BAGGIO
United States District Judge

2 – ORDER